UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY ELLIS,

        Plaintiff,

                                            Case No. 09-CV-14045
vs.                                       HON. GEORGE CARAM STEEH

PENSKE LOGISTICS.

        Defendant.

_____/

<u>ORDER DISMISSING MARCH 22, 2010 ORDER TO SHOW CAUSE (# 8)
AND EXTENDING TIME FOR SERVICE THROUGH MAY 7, 2010</u>

Plaintiff Anthony Ellis, appearing <u>pro per</u> and <u>in forma pauperis</u>, was ordered to show cause by April 5, 2010, why his Title VII employment discrimination claims should not be dismissed for lack of prosecution. Ellis filed his complaint on October 13, 2009. A proof of service has not been filed. By Rule, service was to be accomplished by February 13, 2010. <u>See</u> Fed. R. Civ. P. 4(m).

Ellis filed a timely response on April 5, 2010. Ellis explains that he only recently discovered a valid address for service upon defendant Penske Logistics. Ellis asks the court for an extension of time to accomplish service.

The court is authorized to grant Ellis additional time to serve the defendant. Fed. R. Civ. P. 4(m). Ellis has shown cause for granting an extension of time to accomplish service. Accordingly,

IT IS ORDERED that the court's March 22, 2010 show cause order is hereby DISMISSED. Ellis' request for an extension of time to serve the defendant is hereby GRANTED, to the extent that Ellis SHALL serve defendant Penske Logistics on or before

May 7, 2010.

    SO ORDERED.

Dated: April 6, 2010

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 6, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk